UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x  JUDGE BATTS

UNITED STATES OF AMERICA          :
                                     NOTICE OF INTENT TO FILE
       - v. -                     :  INFORMATION

JOSE RODRIGUEZ,                   :  08 Cr. _____
   a/k/a "Carlos,"
                                  :
           Defendant.                **08 CRIM 697**
- - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 10, 2008

                                   MICHAEL J. GARCIA
                                   United States Attorney

                         By:       _____
                                   PARVIN MOYNE
                                   Assistant United States Attorney

                                   AGREED AND CONSENTED TO:

                                   _____
                                   Attorney for JOSE RODRIGUEZ
                                   Al Ebanks