UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

   - v. -                             :      INFORMATION

JUAN CARLOS VENTURA,                  :      08 Cr.
   a/k/a "Jose Rodriguez,"
   a/k/a "Carlos,"                    :

   Defendant.                         :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1.  From at least in or about July 2007 up to and including in or about August 2007, in the Southern District of New York and elsewhere, JUAN CARLOS VENTURA, a/k/a "Jose Rodriguez," a/k/a "Carlos," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JUAN CARLOS VENTURA, a/k/a "Jose Rodriguez," a/k/a "Carlos," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## FORFEITURE ALLEGATION

3.   As a result of committing the controlled substance offense alleged in Count One of this Information, JUAN CARLOS VENTURA, a/k/a "Jose Rodriguez," a/k/a "Carlos," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

4.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture

of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN CARLOS VENTURA,
a/k/a "Jose Rodriguez,"
a/k/a "Carlos,"

Defendant.

INFORMATION

08 Cr.

(21 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.